```
Case 18-11796-amc    Doc 49    Filed 03/16/19    Entered 03/17/19 01:07:49    Desc Imaged
                         Certificate of Notice    Page 1 of 3
```

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-11796-amc
Cassandra E. Morrow                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 2         Date Rcvd: Mar 14, 2019
                             Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
```
db              +Cassandra E. Morrow,    5213 Akron Street,    Philadelphia, PA 19124-1912
14074882         Aria Health,    PO Box 8500-6395,    Philadelphia, PA 19124
14074883         City of Philadelphia (Dept of Water Revenue),     P.O. Box 786612,    Philadelphia, PA 19178-6612
14074884        +City of Philadelphia Traffic Court,    800 Spring Garden St,,    PO Box 12866,
                 Philadelphia, PA 19176-0866
14074887        +Commonwealth Finance,    245 Main Street,    Scranton, PA 18519-1641
14074886        +Commonwealth of PA,    Department of Transport,    Bureau of Driver Licensing,
                 Harrisburg, PA 17123-0001
14074888         Commonwealth of PA,    c/o 1st Judicial District of PA APPD/OJR,     Room 370 City Hall,
                 Philadelphia, PA 19107
14074889        +Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
14283757        +DITECH FINANCIAL LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14074892        +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14100692        +Philadelphia Municipal Court, Traffic Division,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14190111         E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:54     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14074890        +E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 03:31:08     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
14082172         E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 03:31:08
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14116198        +E-mail/Text: bankruptcy@fedpacific.com Mar 15 2019 03:33:03     Federal Pacific Credit Co.,
                 PO BOX 27198,    Salt Lake City, UT 84127-0198
14077428        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 15 2019 03:32:05     KeyBank NA,
                 4910 Tiedeman Road,    Brooklyn Ohio 44144-2338
14112323         E-mail/Text: bkr@cardworks.com Mar 15 2019 03:30:51     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14189679         E-mail/Text: blegal@phfa.org Mar 15 2019 03:31:58     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14074893         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:35:18
                 Portfolio Recovery,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
14077429         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:35:18
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14111052        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 03:35:03
                 PYOD, LLC its successors and assigns as assignee,     of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,    PO Box 9008,    Greenville, SC 29602-9008
14074891        +E-mail/Text: blegal@phfa.org Mar 15 2019 03:31:58     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    PO Box 15530,    Harrisburg, PA 17105-5530
14074894        +E-mail/Text: bankruptcy@sw-credit.com Mar 15 2019 03:31:56     SW Credit Systems, L.P.,
                 4120 International Pkwy,    Ste. 1100,    Carrollton, TX 75007-1958
                                                                                             TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14074885    ##+Commercial Acceptance Co.,    2 W Main Street,    Shiremanstown, PA 17011-6326
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: Antoinett             Page 2 of 2                  Date Rcvd: Mar 14, 2019
                               Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              JANE P. NYLUND    on behalf of Debtor Cassandra E. Morrow jnylund@philalegal.org
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                        TOTAL: 4
```

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| CASSANDRA E. MORROW | | |
| Debtor(s) | : | Bankruptcy No. 18-11796AMC |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 13th day of March, 2019 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that

    A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B.  the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;

    C.  any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

    D.  the plan has been proposed in good faith and not by any means forbidden by law;

    E.  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;

    F.  with respect to each allowed secured claim provided for by the plan-

        (1) the holder of such claim has accepted the plan;

        (2) (a)  the plan provides that the holder of such claim retain the lien securing such claim, and

            (b)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or

        (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and

    G.  the debtor will be able to make all payments under the plan and to comply with the plan;

WHEREFORE, it is ORDERED:

1.  that the plan is CONFIRMED

2.  that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and

3.  that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge