# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-11796-AMC

CASSANDRA E MORROW

5213 AKRON STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CASSANDRA E MORROW

5213 AKRON STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

JANE P NYLUND
PHILADELPHIA LEGAL ASSISTANCE
718 ARCH ST, SUITE 300N
PHILA, PA 19106-

Date: 3/21/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee