### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cassandra E. Morrow aka Cassandra E. Danzy<br>                                Debtor<br><br>LOAN CARE SERVICING CENTER, INC.<br>                                Movant<br>                vs.<br><br>Cassandra E. Morrow aka Cassandra E. Danzy<br>                                Debtor<br><br>William C. Miller, Esquire<br>                                Trustee | CHAPTER 13<br><br><br><br>NO. 18-11796 AMC<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of LOAN CARE SERVICING CENTER, INC, which was filed with the Court on or about March 29, 2019 (Document No. 53). A Transfer of Claim from Ditech Financial LLC fka Green Tree Servicing LLC (Claim No. 3) to LoanCare, LLC was filed on July 3, 2019 (Document No. 61).


                                        Respectfully submitted,


                                        **/s/ Kevin G. McDonald, Esquire**
                                        Kevin  G. McDonald, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

September 10, 2019