**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Cassandra E. Morrow | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 18-11796 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter my appearance in the captioned matter on behalf of the Debtor, CASSANDRA E. MORROW.

/s/ Shadia M. Combs
SHADIA M. COMBS, ESQUIRE
PHILADELPHIA LEGAL ASSISTANCE
Attorney for Debtor
Attorney ID No. 329475
718 Arch Street, Suite 300N
Philadelphia, PA 19106
(215) 981-3828
scombs@philalegal.org