**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Cassandra E. Morrow | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 18-11796 |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw my appearance in the captioned matter on behalf of the debtor.

/s/ Shadia M. Combs
SHADIA M. COMBS, ESQUIRE
Attorney ID No. 329475
(215) 870-1798
Smcombs92@gmail.com