# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cassandra E. Morrow | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 18-11796 |

## ENTRY OF APPEARANCE AND WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter my appearance in the captioned matter on behalf of the Debtor, Cassandra E. Morrow.

/s/ Jane Nylund
JANE P. NYLUND, ESQUIRE
PHILADELPHIA LEGAL ASSISTANCE
Attorney for Debtor
Attorney ID No. 309875
718 Arch Street, Suite 300N
Philadelphia, PA 19106
(215)981-3873
jnylund@philalegal.org

Kindly withdraw my appearance in the captioned matter on behalf of the Debtor, Cassandra E. Morrow.

/s/ Kimberly A. Tynan
KIMBERLY A. TYNAN, ESQUIRE
PHILADELPHIA LEGAL ASSISTANCE
Attorney for Debtor
Attorney ID No. 91752
718 Arch Street, Suite 300N
Philadelphia, PA 19106
(215)981-3898
ktynan@philalegal.org