United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-11796-mdc

Cassandra E. Morrow                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cassandra E. Morrow, 5213 Akron Street, Philadelphia, PA 19124-1912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP4 bk@rgalegal.com |
| JANE P. NYLUND | on behalf of Debtor Cassandra E. Morrow jnylund@philalegal.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor LOAN CARE SERVICING CENTER  INC bkgroup@kmllawgroup.com |

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Sep 08, 2022

Form ID: 212

Total Noticed: 1

REBECCA ANN SOLARZ

on behalf of Creditor LOAN CARE SERVICING CENTER  INC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                     Chapter: 13

    Cassandra E. Morrow

Debtor(s)                                                  Case No: 18−11796−mdc

_____

### *ORDER*

AND NOW, September 8, 2022, it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☑  A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

☑  A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

        For The Court

        Magdeline D. Coleman

        Chief Judge ,United States
        Bankruptcy Court