United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Cassandra E. Morrow  
    Debtor

Case No. 18-11796-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 17, 2022     Form ID: 138OBJ     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra E. Morrow, 5213 Akron Street, Philadelphia, PA 19124-1912 |
| 14074882 | | Aria Health, PO Box 8500-6395, Philadelphia, PA 19124 |
| 14074883 | | City of Philadelphia (Dept of Water Revenue), P.O. Box 786612, Philadelphia, PA 19178-6612 |
| 14074884 | + | City of Philadelphia Traffic Court, 800 Spring Garden St,, PO Box 12866, Philadelphia, PA 19176-0866 |
| 14074885 | + | Commercial Acceptance Co., 2 W Main Street, Shiremanstown, PA 17011-6326 |
| 14074886 | + | Commonwealth of PA, Department of Transport, Bureau of Driver Licensing, Harrisburg, PA 17123-0001 |
| 14074888 | + | Commonwealth of PA, c/o 1st Judicial District of PA APPD/OJR, Room 370 City Hall, Philadelphia, PA 19107-3215 |
| 14283757 | + | DITECH FINANCIAL LLC, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14082172 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14116198 | + | Federal Pacific Credit Co., PO BOX 27198, Salt Lake City, UT 84127-0198 |
| 14324737 | + | Loan Care Servicing Center, INC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14074892 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14100692 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14190111 | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14647403 | | Email/Text: bkenotice@rushmorelm.com | Nov 18 2022 00:06:00 | Citigroup Mortgage Loan Trust 2021-RP4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14074887 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 18 2022 00:06:00 | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 14074889 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 18 2022 00:07:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14077428 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 18 2022 00:06:00 | KeyBank NA, 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 14352754 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 18 2022 00:06:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14112323 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0313-2 User: admin Page 2 of 3
Date Rcvd: Nov 17, 2022 Form ID: 138OBJ Total Noticed: 28

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2022 00:16:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14189679 | | Email/Text: blegal@phfa.org | Nov 18 2022 00:06:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14074893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:16:59 | Portfolio Recovery, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 14077429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:16:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14111052 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:59 | PYOD, LLC its successors and assigns as assignee, of Citibank (South Dakota), N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14074891 | + | Email/Text: blegal@phfa.org | Nov 18 2022 00:06:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, PO Box 15530, Harrisburg, PA 17105-5530 |
| 14074894 | + | Email/Text: bankruptcy@sw-credit.com | Nov 18 2022 00:06:00 | SW Credit Systems, L.P., 4120 International Pkwy, Ste. 1100, Carrollton, TX 75007-1958 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14074890 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LOAN CARE SERVICING CENTER  INC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP4 bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 bk@rgalegal.com |
| JANE P. NYLUND | on behalf of Debtor Cassandra E. Morrow jnylund@philalegal.org |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor LOAN CARE SERVICING CENTER  INC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Cassandra E. Morrow
        Debtor(s)

Case No: 18−11796−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/17/22

85 − 75
Form 138OBJ